UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH WAYNE GARRETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:11CV1542 HEA |
| | ) | |
| SHERIFF ARCHIE DUNN and | ) | |
| CHRIS KOSTER, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF DISMISSAL

This matter is before the Court upon its own motion. Mail to petitioner from the Court was returned without a forwarding address on November 28, 2011. Under Local Rule 2.06(B), the Court may dismiss an action if a petitioner fails to notify the Court within 30 days of a change in address. As a result, this action will be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 5th day of January, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE